IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT
IN AND FOR BROWARD COUNTY, THE STATE OF FLORIDA
CIRCUIT CIVIL NO.:

STEVEN D. WRAINS, individually, and
STEVEN D. WRAINS, as natural parent and
legal guardian for MEGAN ELIZABETH WRAINS
And TYLER WILLIAM WRAINS, minors

12 - 12953

Plaintiff,

vs.

UNITED VAN LINES, LLC.,

Defendant.
_____/

**SUMMONS**

TIME: 9:10 A

DATE: 5-30-12

SERVER:

ID #: 1104

THE STATE OF FLORIDA:
TO ALL AND SINGULAR SHERIFFS OF SAID STATE:   You are hereby commanded to serve this Summons and a copy of the Complaint in the above styled cause upon the Defendant:

UNITED VAN LINES, LLC
Registered Agent: CT Corporation System
1200 South Pine Island Road
Plantation, FL  33324

The Defendant is hereby required to serve written defenses to said complaint on Plaintiffs' attorney, whose name and address is: **Jeffrey W. Hensley, Esq., Hensley | Chalfant, P.A., 2600 Tampa Road, Palm Harbor, FL  34684** within 20 days after service of this Summons upon that Defendant, exclusive of the day of service, and to file the original of said written defenses with the Clerk of said Court either before service on Plaintiffs' attorney or immediately thereafter.  If a Defendant fails to do so, a default will be entered against the Defendant for the relief demanded in the Complaint.

MAY 0 5 2012

Witness my hand and the seal of said Court on _____, 2012.

HOWARD C. FORMAN
Clerk of the Circuit Court

Deputy Clerk

*In accordance with the Americans with Disabilities Act, persons with disabilities needing special accommodation to participate in this proceeding should contact the individual or agency sending the notice not later than seven (7) days prior to the proceedings.  If hearing impaired, (TDD) 1-800-955-8771, or Voice (V), 1-800-9558770, via Florida Relay Service.

Exh. 1

# VERIFIED RETURN OF SERVICE

| State of Florida | County of Broward | Circuit Court |
|---|---|---|

Case Number: 12-12953 DIV. 14

Plaintiff:
STEVEN D. WRAINS, INDIVIDUALLY, AND STEVEN D. WRAINS, AS
NATURAL PARENT AND LEGAL GUARDIAN FOR MEGAN ELIZABETH
WRAINS AND TYLER WILLIAM WRAINS, MINORS
vs.
Defendant:
UNITED VAN LINES, LLC

For: Jeffrey W. Hensley

Received by David Kellum on the 29th day of May, 2012 at 9:00 am to be served on UNITED VAN LINES, LLC C/O REGISTERED AGENT: CT CORPORATION SYSTEM, 1200 SOUTH PINE ISLAND ROAD, PLANTATION, FL 33324. I, David Kellum, do hereby affirm that on the 30 day of May, 20 12 at 9:10 p.m., executed service by delivering a true copy of the SUMMONS AND COMPLAINT in accordance with state statutes in the manner marked below:

( ) SUBSTITUTE SERVICE: By serving _____ as _____.

( ) CORPORATE SERVICE: By serving _____ as _____.

(X) CORPORATE SERVICE: By serving CT Corporation System as Registered Agent. Accepted by Donna Moch.

( ) OTHER SERVICE: As described in the Comments below by serving _____ as _____.

( ) NON SERVICE: For the reason detailed in the Comments below.

COMMENTS: _____

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made. Under penalties of perjury, I declare that I have read the foregoing Verified Return of Service and that the facts stated in it are true.

PROCESS SERVER # 1104
Appointed in accordance with State Statutes

ROBERT L JONES
P.O. Box 6415
Clearwater, FL 33758
(727) 442-9269

Our Job Serial Number: 2012000233

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5b

# IN THE CIRCUIT COURT OF THE 17TH JUDICIAL CIRCUIT IN AND FOR BROWARD COUNTY, FLORIDA

# REDACTION NOTICE

CASE NUMBER - CACE1212953

A REVIEW AND REDACTION OF THE DOCUMENTS PRECEDING THIS NOTICE

HAS BEEN COMPLETED AS OF 05 / 16 / 2012.

HOWARD C. FORMAN
CLERK OF THE COURT

By: *Asia D Francis*
As Deputy Clerk



IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT
IN AND FOR BROWARD COUNTY, FLORIDA

**14**

CASE NO:
CIVIL DIVISION

**12 - 12953**

STEVEN D. WRAINS, individually, and
STEVEN D. WRAINS, as natural parent and
legal guardian for MEGAN ELIZABETH WRAINS
and TYLER WILLIAM WRAINS, minors,

    Plaintiff,
vs

UNITED VAN LINES, LLC

    Defendant,
_____/

II.    **TYPE OF CASE**

(If the case fits more than one type of case, select the most definitive category.) If the most descriptive label is a subcategory (is indented under a broader category), place an "x" in both the main category and subcategory boxes.

| | | | |
|---|---|---|---|
| ☐ | Condominium | ☐ | Professional Malpractice |
| ☐ | Contracts & Indebtedness |   ☐ | Malpractice - Business |
| ☐ | Eminent Domain |   ☐ | Malpractice - Medical |
| X | Auto Negligence |   ☐ | Malpractice - Other Professional |
| ☐ | Negligence - Other | ☐ | Other |
|   ☐ | Business Governance |   ☐ | Antitrust / Trade Regulation |
|   ☐ | Business Torts |   ☐ | Business Transaction |
|   ☐ | Environmental / Toxic Tort |   ☐ | Constitutional Challenge - Statute or Ordinance |
|   ☐ | Third Party Indemnification |   ☐ | Constitutional Challenge - Proposed Amendment |
|   ☐ | Construction Defect |   ☐ | Corporate Trusts |
|   ☐ | Mass Tort | | |

|  |  |
|---|---|
| ☐ Negligent Security<br>☐ Nursing Home Negligence<br>☐ Premises Liability - Commercial<br>☐ Premises Liability - Residential<br>☐ Product Liability<br>☐ Real Property / Mortgage Foreclosure<br>  ☐ Commercial Foreclosure $250,000 or more<br>  ☐ Homestead Residential Foreclosure $0 - $50,000<br>  ☐ Homestead Residential Foreclosure $50,001 - $249,999<br>  ☐ Homestead Residential Foreclosure $250,000 or more<br>  ☐ Non-homestead Residential Foreclosure $0 - $50,000<br>  ☐ Non-homestead Residential Foreclosure $50,001 - $249,999<br>  ☐ Non-homestead Residential Foreclosure $250,000 or more<br>  ☐ Other Real Property Actions $0 - $50,000<br>  ☐ Other Real Property Actions $40,001 - $249,999<br>  ☐ Other Real Property Actions | ☐ Discrimination - Employment or Other<br>☐ Insurance Claims<br>☐ Intellectual Property<br>☐ Libel / Slander<br>☐ Shareholder Derivative Action<br>☐ Securities Litigation<br>☐ Trade Secrets<br>☐ Trust Litigation |

III. REMEDIES SOUGHT (check all that apply):
  _X_ Monetary;
  ___ Non-Monetary Declaratory or Injunctive Relief;
  ___ Punitive

IV. NUMBER OF CAUSES OF ACTION: ( 1 )
  (Specify) <u>AUTO NEGLIGENCE</u>

V. IS THIS CASE A CLASS ACTION LAWSUIT?
  ___ Yes
  _X_ No

VI. HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?
  _X_ No
  ___ Yes - If "yes" list all related cases by name, case number and court:

VII.   IS JURY TRIAL DEMANDED IN COMPLAINT?

   X   Yes
   ___  No

**ATTORNEY OR PARTY SIGNATURE**

I certify that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief.

Jeffrey W. Hensley, Esq.
2600 Tampa Road
Palm Harbor, Florida 34684
727-781-3433

4/23/12
Date

Jeffrey W. Hensley, Esquire
Florida Bar #: 0558729



IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT
IN AND FOR BROWARD COUNTY, THE STATE OF FLORIDA
CIRCUIT CIVIL NO.:

STEVEN D. WRAINS, individually, and
STEVEN D. WRAINS, as natural parent and
legal guardian for MEGAN ELIZABETH WRAINS
And TYLER WILLIAM WRAINS, minors

        Plaintiff,

vs.

UNITED VAN LINES, LLC.,

        Defendant.
_____/

## COMPLAINT

COME NOW the Plaintiff, STEVEN D. WRAINS, by and through his undersigned attorney, and sues Defendant, UNITED VAN LINES, LLC and alleges as follows:

1. This is an action for damages which exceed Fifteen Thousand ($15,000.00) Dollars, exclusive of costs and interest.

2. On or about December 18, 2009, Defendant, UNITED VAN LINES, LLC, was the apparent owner and/or operator of a motor vehicle.

3. At all material times, Plaintiff STEVEN D. WRAINS has resided in Broward County, Florida.

4. On or about December 18, 2009, in Pompano Beach, Broward County, Florida, Defendant, UNITED VAN LINES, LLC, did carelessly and negligently maintain, operate and control its motor vehicle causing it to collide with the motor

vehicle operated by Plaintiff, STEVEN D. WRAINS, thus causing him to sustain serious and permanent injury.

5.  As a direct and proximate result of the negligent conduct of Defendant, UNITED VAN LINES, LLC, the Plaintiff, STEVEN D. WRAINS, has sustained the following past and future damages: bodily injury; physical pain and suffering; loss of capacity to lead and enjoy a normal life; inconvenience; physical impairment; disfigurement and scarring; loss of or diminution of earning or earning capacity; aggravation of an existing disease or physical defect; permanent injury within a reasonable degree of medical probability; medical and related expenses, past and future, incurred in seeking a cure for his injuries.

WHEREFORE, Plaintiff, STEVEN D. WRAINS, demands a trial by jury and judgment against Defendant, UNITED VAN LINES, LLC, for an amount within the jurisdictional limits of this Court, to wit: More than Fifteen Thousand ($15,000.00) Dollars, plus costs and for such other relief to which the Plaintiffs may be justly entitled.

## COUNT II

### LIABILITY PURSUANT TO F.S. 768.0415

6.  Plaintiff, STEVEN D. WRAINS, re-alleges Paragraphs One through Five as if set out in full hereafter.

7.  At all material times, STEVEN D. WRAINS has been the natural parent and legal guardian for his minor children MEGAN ELIZABETH WRAINS and TYLER WILLIAM WRAINS.

8.  As a direct and proximate result of the conduct of Defendant, UNITED VAN LINES, LLC, MEGAN ELIZABETH WRAINS and TYLER WILLIAM WRAINS

have sustained past and future damages, including: loss of services, comfort, companionship and society.

9.      Pursuant to Florida Statute 768.0415, Defendant, UNITED VAN LINES, LLC, is liable to MEGAN ELIZABETH WRAINS and TYLER WILLIAM WRAINS for damages set forth in paragraph 8.

WHEREFORE, Plaintiff, STEVEN D. WRAINS, on behalf of MEGAN ELIZABETH WRAINS and TYLER WILLIAM WRAINS demands a trial by jury and a judgment against the Defendant, UNITED VAN LINES, LLC, for an amount within the jurisdictional limits of this Court, to-wit: More than Fifteen Thousand ($15,000.00) Dollars, plus costs and for such other relief to which the Plaintiff may be justly entitled.

Dated in Palm Harbor, Pinellas County, Florida this 23rd day of April, 2012.

_____
JEFFREY W. HENSLEY, ESQUIRE
FL BAR NO.: 0558720
2600 Tampa Road
Palm Harbor, Florida 34684
T. (727) 781-3433
F. (727) 786-2255
jwh@hensleylaw.com
Attorney for Plaintiff