UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-61243-CIV-MARRA/MATTHEWMAN

STEVEN D. WRAINS, individually, and
STEVEN D. WRAINS, as natural parent
and legal guardian for MEGAN ELIZABETH
WRAINS and TYLER WILLIAM WRAINS, minors,

    Plaintiff,
vs.

UNITED VAN LINES, LLC,

    Defendant.
_____/

## FINAL ORDER OF DISMISSAL

**THIS CAUSE** is before the Court upon a Mediation/ADR Report stating this matter has been resolved [DE 44] and the parties' Stipulation to Dismiss and Order of Dismissal With Prejudice [DE 46].  Being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that this Cause be, and the same is, hereby DISMISSED with prejudice.  Fed. R. Civ. P. 41(a).  Each party shall bear its own costs and attorney's fees.  Any pending motions are denied as moot.  The Court will retain jurisdiction for 60 days to enforce the settlement.  This case is **CLOSED**.

**DONE AND ORDERED** in Chambers, at West Palm Beach, Palm Beach County, Florida, this 25th day of September, 2013.

                                                _____
                                                KENNETH A. MARRA
                                                United States District Judge